NEWMEYER & DILLION LLP
J. BRIAN MORROW, CBN 191392
Brian.Morrow@ndlf.com
BRANDON A. CLOUSE, CBN 293102
Brandon.Clouse@ndlf.com
1333 N. California Blvd, Suite 600
Walnut Creek, California 94596
(925) 988-3200; (925) 988-3290 (Fax)

Attorneys for Defendant
WALSH/DEMARIA JOINT VENTURE V, an Illinois joint venture; WALSH CONSTRUCTION COMPANY, an Illinois corporation; THE WALSH GROUP LTD, an Illinois corporation; DEMARIA BUILDING COMPANY, INC. a Michigan corporation

**IT IS SO ORDERED**
Judge Edward J. Davila
6/19/2018

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA, for the use and benefit of BONESO BROTHERS CONSTRUCTION, INC., a California corporation; and BONESO BROTHERS CONSTRUCTION, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>WALSH/DEMARIA JOINT VENTURE V, an Illinois joint venture; WALSH CONSTRUCTION COMPANY, an Illinois corporation; THE WALSH GROUP LTD, an Illinois corporation; DEMARIA BUILDING COMPANY, INC. a Michigan corporation; and TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation.,<br><br>Defendant. | CASE NO.: 5:16-cv-07391-EJD<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>FILE DATE: 12/29/2016<br>TRIAL DATE SET: No Date Set |

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, Defendants WALSH/DEMARIA JOINT VENTURE V, WALSH CONSTRUCTION COMPANY, THE WALSH GROUP, LTD., and DEMARIA BUILDING COMPANY, INC. (hereinafter collectively "Walsh" or "Walsh Defendants"), Defendant TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, ("Travelers" or "Surety"), and Plaintiffs, THE UNITED STATES OF AMERICA, for the Use and Benefit of BONESO BROTHERS CONSTRUCTION, INC. and BONESO BROTHERS CONSTRUCTION, INC. (hereinafter "Boneso" or "Plaintiffs") (collectively, the "Parties"), by and through their respective undersigned counsel, stipulate to dismiss this Action (5:16-cv-07391-EJD) with prejudice.

As set forth in the Parties' Settlement and Release Agreement, each party shall bear their own attorneys' fees and costs accrued in this Action.

Dated: June __5__, 2018          HERRIG VOGT LLP

By:_____
George F. Vogt, Jr.
Attorney for PLAINTIFFS

Dated: June _____, 2018          CORFIELD FELD LLP


By:_____
Michael A. Corfield
Attorney for TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA

Dated: June _____, 2018          NEWMEYER & DILLION LLP


BY:_____
J. Brian Morrow
Brandon A. Clouse
Attorneys For Defendants
WALSH/DEMARIA JOINT VENTURE V,
WALSH CONSTRUCTION COMPANY,
THE WALSH GROUP LTD., and DEMARIA
BUILDING COMPANY, INC

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, Defendants WALSH/DEMARIA JOINT VENTURE V, WALSH CONSTRUCTION COMPANY, THE WALSH GROUP, LTD., and DEMARIA BUILDING COMPANY, INC. (hereinafter collectively "Walsh" or "Walsh Defendants"), Defendant TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, ("Travelers" or "Surety"), and Plaintiffs, THE UNITED STATES OF AMERICA, for the Use and Benefit of BONESO BROTHERS CONSTRUCTION, INC. and BONESO BROTHERS CONSTRUCTION, INC. (hereinafter "Boneso" or "Plaintiffs") (collectively, the "Parties"), by and through their respective undersigned counsel, stipulate to dismiss this Action (5:16-cv-07391-EJD) with prejudice.

As set forth in the Parties' Settlement and Release Agreement, each party shall bear their own attorneys' fees and costs accrued in this Action.

Dated: June _____, 2018            HERRIG VOGT, LLP

                                    By:_____
                                    George F. Vogt, Jr.
                                    Attorney for PLAINTIFFS

Dated: June __4__, 2018             CORFIELD FELD LLP

                                    By: /s/ Michael A. Corfield
                                    Michael A. Corfield
                                    Attorney for TRAVELERS CASUALTY AND
                                    SURETY COMPANY OF AMERICA

Dated: June _____, 2018            NEWMEYER & DILLION LLP


                                    BY:_____
                                    J. Brian Morrow
                                    Brandon A. Clouse
                                    Attorneys For Defendants
                                    WALSH/DEMARIA JOINT VENTURE V,
                                    WALSH CONSTRUCTION COMPANY,
                                    THE WALSH GROUP LTD., and DEMARIA
                                    BUILDING COMPANY, INC

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, Defendants WALSH/DEMARIA JOINT VENTURE V, WALSH CONSTRUCTION COMPANY, THE WALSH GROUP, LTD., and DEMARIA BUILDING COMPANY, INC. (hereinafter collectively "Walsh" or "Walsh Defendants"), Defendant TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, ("Travelers" or "Surety"), and Plaintiffs, THE UNITED STATES OF AMERICA, for the Use and Benefit of BONESO BROTHERS CONSTRUCTION, INC. and BONESO BROTHERS CONSTRUCTION, INC. (hereinafter "Boneso" or "Plaintiffs") (collectively, the "Parties"), by and through their respective undersigned counsel, stipulate to dismiss this Action (5:16-cv-07391-EJD) with prejudice.

As set forth in the Parties' Settlement and Release Agreement, each party shall bear their own attorneys' fees and costs accrued in this Action.

Dated: June _____, 2018        HERRIG VOGT, LLP

                                 By:_____
                                 George F. Vogt, Jr.
                                 Attorney for PLAINTIFFS

Dated: June _____, 2018        CORFIELD FELD LLP


                                 By:_____
                                 Michael A. Corfield
                                 Attorney for TRAVELERS CASUALTY AND
                                 SURETY COMPANY OF AMERICA

Dated: June 8, 2018              NEWMEYER & DILLION LLP



                                 BY: /s/ J. Brian Morrow
                                 J. Brian Morrow
                                 Brandon A. Clouse
                                 Attorneys For Defendants
                                 WALSH/DEMARIA JOINT VENTURE V,
                                 WALSH CONSTRUCTION COMPANY,
                                 THE WALSH GROUP LTD., and DEMARIA
                                 BUILDING COMPANY, INC

# **PROOF OF SERVICE**

*Boneso Brothers Construction, Inc. v. Walsh/DeMaria Joint Venture V. et al.*
United States District Court Northern District of California Case No.: 5:16-cv-07391-EJD

STATE OF CALIFORNIA           )
                              ) ss.
COUNTY OF CONTRA COSTA        )

I, Nakia Plummer, declare:

I am a citizen of the United States and employed in Contra Costa County, California. I am over the age of eighteen years and not a party to the within-entitled action. My email address is nakia.plummer@ndlf.com. My business address is 1333 N. California Blvd, Suite 600, Walnut Creek, California 94596. On June 19, 2018, I served a copy of the within document(s):

**STIPULATION OF DISMISSAL WITH PREJUDICE**

☒    by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Walnut Creek, California addressed as set forth below.

☒    by transmitting via e-mail or electronic transmission the document(s) listed above to the person(s) at the e-mail address(es) set forth below through ECF/PACER.

*Please see attached service list.*

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. Executed on June 19, 2018, at Walnut Creek, California.

*/s/ Nakia Plummer*
_____
Nakia Plummer

6772893.1

PROOF OF SERVICE
5:16-CV-07391-EJD

# SERVICE LIST

*Boneso Brothers Construction, Inc. v. Walsh/DeMaria Joint Venture V. et al.*
*United States District Court Northern District of California Case No.: 5:16-cv-07391-EJD*

| | |
|---|---|
| George F. Vogt, Jr.<br>Herrig Vogt, LLP<br>4210 Douglas Blvd., Suite 100<br>Granite Bay, CA 95746 | Tel: 916-960-1000<br>Fax: 916-960-1005<br>**[PLAINTIFF]**<br>Email: g.vogt@herrigvogt.com |
| Michael Ann Corfield<br>Corfield Feld LLP<br>30320 Rancho Viejo Rd., Suite 101<br>San Juan Capistrano, CA 92675 | Tel: 949-218-7812<br>Fax: 949-218-7815<br>**[TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA]**<br>Email: mcorfield@corfieldlaw.com |